UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-25255-GAYLES/OTAZO-REYES

**DANNY TORRES**,

    Plaintiff,

v.

**UNITED STATES DEPARTMENT OF EDUCATION and BETSY DEVOS, in her official capacity as Secretary of Education**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Danny Torres's Unopposed Motion to Reopen Case (the "Motion") [ECF No. 18]. The Court has reviewed the Motion and the record and is otherwise fully advised. Plaintiff's Motion is granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff Danny Torres's Unopposed Motion to Reopen Case [ECF No. 18] is **GRANTED**;

(2)    This case is reopened and the stay lifted for further proceedings;

(3)    Plaintiff Danny Torres shall file his Amended Complaint on or before September 4, 2020;

(4)    Defendants United States Department of Education and Betsy Devos shall file their response to the Amended Complaint on or before September 25, 2020;

(5) The parties shall file a proposed Scheduling Order as to any necessary deadlines in this case on or before September 4, 2020; and

(6) The parties shall attend a Telephonic Status Conference at 10:00 A.M. on September 30, 2020. Counsel shall enter their appearances telephonically using the following dial-in information: **Dial-in Number 888-273-3658**; **Access Code 7032614**; **Security Code 5170**. Please dial in at least ten minutes before the Telephonic Status Conference begins and wait until your case is called.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE